UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DARRYL G. BOWMAN, | Case No. 2:22-cv-00119-JAD-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| CITY OF LAS VEGAS DETENTION CENTER, | |
| Defendant. | |

**I.     DISCUSSION**

On January 21, 2022, Plaintiff, an inmate in the custody of the Clark County Detention Center, submitted an application to proceed *in forma pauperis* and a motion for preliminary injunction. ECF Nos. 1, 2. Plaintiff has not submitted a complaint or a complete application to proceed *in forma pauperis*. Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is incomplete because the Financial Certificate is not signed by Plaintiff and a prison official. Plaintiff also fails to include his inmate trust fund account statement for the past six months. Plaintiff's motion for preliminary injunction is not a complaint.

If the plaintiff is seeking to assert civil rights violations, he must submit his claims on the court approved form for filing a 42 U.S.C. § 1983 action. To proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, which allows an inmate who seeks to commence a civil action without prepaying the $402 filing fee, an inmate/plaintiff must submit all three of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.  If Plaintiff has not been at the facility a full six-month period, Plaintiff must still submit an inmate account statement for the dates he has been present at the facility.

II.   **ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed *in forma pauperis* (ECF No. 1) is DENIED without prejudice.

IT IS FURTHER ORDERED that Plaintiff must file a complaint on or before **March 25, 2022**.

IT IS FURTHER ORDERED that the Clerk of the Court will send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

IT IS FURTHER ORDERED that Plaintiff must also file a complete application to proceed *in forma pauperis* containing all three of the required documents on or before **March 25, 2022**.  Absent unusual circumstances, the Court will not grant any further extensions of time.  A complete *in forma pauperis* application includes:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate** on this Court's approved form (i.e. pages 1 through 3 of the form with the inmate's two signatures on page 3);

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form); and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

If Plaintiff is unable to file a complaint and a complete application to proceed *in forma pauperis* with all three required documents on or before **March 25, 2022**, this case will be subject to dismissal without prejudice.  A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff is able to file a

2

complaint and has all three documents needed to submit with the application to proceed *in forma pauperis*. Plaintiff is free to file a new case with the Court when Plaintiff is able to file a complaint and acquire all three of the documents needed to file a complete application to proceed *in forma pauperis*.

Dated this 27th day of January, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE